UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KIRKPATRICK B. DUNBAR,

                Plaintiff,

-against-

BUDDHA BODAI TWO KOSHER VEGETARIAN
RESTAURANT, INC., et al.,

                Defendants.

------------------------------------------------------------X

19-CV-05176 (GHW)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2020

**SARAH NETBURN, United States Magistrate Judge:**

    Out of an abundance of caution, and to ensure Defendants are afforded the time for a response outlined by the Court's Scheduling Order, ECF No. 13, Plaintiff is directed to file an affidavit of service of the Proposed Findings of Fact and Conclusions of Law, demonstrating that Plaintiff served the Defendants, no later than February 12, 2020. The Court will then either determine the time by which Defendants' response is due or deem the inquest fully briefed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             February 6, 2020