UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KIRKPATRICK B. DUNBAR,

                               Plaintiff,

          -against-

BUDDHA BODAI TWO KOSHER VEGETARIAN
RESTAURANT, INC., et al.,

                              Defendants.

-----------------------------------------------------------X

19-CV-05176 (GHW)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff's affidavit, ECF No. 16, indicates that Defendants were served with Plaintiff's Proposed Findings of Fact and Conclusions of Law on January 6, 2020. Defendants have not filed an opposition or entered an appearance in this case. Accordingly, Plaintiff's damages motion is fully briefed.

**SO ORDERED.**

                                               _____
                                               SARAH NETBURN
                                           United States Magistrate Judge

DATED:     February 7, 2020
                New York, New York