```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KIRKPATRICK B. DUNBAR,

                      Plaintiff,

          -against-

BUDDHA BODAI TWO KOSHER
VEGETERIAN RESTAURANT, INC. and BAK
LEE TAT INTERNATIONAL, INC.,

                    Defendants.
-----------------------------------------------------------------X

1:19-cv-5176-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference on December 10, 2020 at 10:00 a.m. to discuss Mr. Dunbar's request for injunctive relief.  *See* Dkt. No. 21.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Counsel for Plaintiff is directed to serve this order on Defendants and file proof of service on the docket.

      SO ORDERED.

Dated:  November 27, 2020

                                                  GREGORY H. WOODS
                                           United States District Judge