USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KIRKPATRICK B. DUNBAR,

                           Plaintiff,

                 -against-

BUDDHA BODHAI TWO KOSHER
VEGETERIAN RESTAURANT, INC. and BAK
LEE TAT INTERNATIONAL, INC.,

                           Defendants.
-------------------------------------------------------------------X

1:19-cv-5176-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff commenced this action on June 3, 2019, alleging that the Bodhi Kosher Vegetarian Restaurant, owned and operated by Defendants, was not in compliance with the Americans with Disabilities Act Accessibility Guidelines and in violation of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law. Dkt. No. 1. Defendants failed to appear, and Plaintiff moved for default judgment. *See* Dkt. Nos. 7, 14. On November 24, 2020, the Court granted Plaintiff's motion in part and ordered Defendants to pay f $6,443.00 in damages and fees, but deferred the entry of injunctive relief until it had more information on whether the modifications Plaintiff sought were "readily achievable," as required by the Americans with Disabilities Act. Dkt. No. 21 (attached here). The Court scheduled a teleconference on December 10, 2020 at 10:00 a.m. to discuss the request for injunctive relief and directed counsel for Plaintiff to serve that order on Defendants. *See* Dkt. No. 22. During the conference on December 10, 2020, counsel for Plaintiff informed the Court that he had not served the order on Defendants.

The Court will hold a teleconference on **January 7, 2021 at 3:00 p.m.** to discuss the best approach to structuring any injunctive relief. The parties are directed to the Court's Emergency

Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Counsel for Plaintiff is directed to serve this order on Defendants and file proof of service on the docket.

SO ORDERED.

Dated: December 11, 2020

_____
GREGORY H. WOODS
United States District Judge