```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIRKPATRICK B. DUNBAR,

                      Plaintiff,

          -against-

BUDDHA BODAI TWO KOSHER
VEGETERIAN RESTAURANT, INC. and BAK
LEE TAT INTERNATIONAL, INC.,

                      Defendants.
-------------------------------------------------------------X

1:19-cv-5176-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff commenced this action on June 3, 2019, alleging that Defendants were liable for violations of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law. Dkt. No. 1. Defendants failed to appear, and Plaintiff moved for default judgment. *See* Dkt. Nos. 7, 14. On November 24, 2020, the Court granted Plaintiff's motion in part and ordered Defendants to pay $6,443.00 in damages and fees, but deferred the entry of injunctive relief until it had more information on whether the modifications Plaintiff sought were "readily achievable," as required by the Americans with Disabilities Act. Dkt. No. 21.

    The Court held a teleconference on January 7, 2021 to discuss Plaintiff's request for injunctive relief. Counsel appeared on behalf of defendant Buddha Bodai Two Kosher Vegetarian Restaurant, Inc. ("Buddha Bodai Two"), and counsel for Plaintiff and Buddha Bodai Two expressed an interest in continuing their discussions about the best way to proceed in this case.

    Accordingly, the parties are directed to write the Court with a status update by no later than February 18, 2021.

Counsel for Plaintiff is directed to serve this order on Defendant Bak Lee Tat International, Inc. and to retain proof of service.

SO ORDERED.

Dated: January 7, 2021

_____
GREGORY H. WOODS
United States District Judge